UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIVIAN BAKER,

        Plaintiff,

v.                                                Case No.  8:06-cv-1997-T-24 EAJ

ALLIED VAN LINES, INC.,

        Defendant.

_____/

## **ORDER**

      This cause comes before the Court on its own.  On August 15, 2006, Plaintiff filed her complaint in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida  (Doc. No. 2).  In the complaint, Plaintiff asserts claims for breach of contract (Count I) and negligence (Count II) arising from the interstate shipment of a motorcycle from Florida to California.  On October 26, 2006, Defendant filed a Notice of Removal, pursuant to 28 U.S.C. §§1331, 1337 and 1441, and 49 U.S.C. § 14706, alleging that this Court has original jurisdiction pursuant to the Carmack Amendment to the I.C.C. Termination Act, 49 U.S.C. § 13101 *et seq*. (Doc. No. 1).

      Subsequently, on November 2, 2006, Defendant filed a motion to dismiss (Doc. No. 3). Plaintiff has failed to file a timely response to Defendant's motion to dismiss.   As such, Plaintiff

is directed to show cause, in writing by December 15, 2006, why the Court should not consider the motion to be unopposed and dismiss Plaintiff's claims against Defendant due to lack of prosecution.  Failure to respond to this Order will result in dismissal of Plaintiff's claims against

Defendant without further notice.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of December, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record